Action by Alma Bouchard, as administratrix, etc., against Henry P. Burgard and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re BOYER. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) In the matter of the judicial settlement of the final account of William H. Boyer, as sole surviving trustee of the estate of Charles W. Darling, deceased. No opinion. Decree of the Surrogate's Court of Suffolk County affirmed, with costs payable out of the estate.

BRADY, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Mary Brady, as administratrix, etc., against John W. Clark. C. J. Earley, of New York City, for appellant. F. W. Sperling, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BROADWAY CORPORATION v. GEORGE RECTOR, Incorporated. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the Broadway Corporation against George Rector, Incorporated. No opinion. Motion denied, with $10 costs. Order filed.

BROWN, Respondent, v. BROWN, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Charles A. Brown against Agnes Brown. No opinion. Orders affirmed, without costs. See, also, 83 Misc. Rep. 597, 145 N. Y. Supp. 471.

BROWN, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Charles A. Brown against Agnes Brown. No opinion. Motions for leave to appeal (from 146 N. Y. Supp. 1085) to the Court of Appeals denied, without costs.

BROWN v. PROTECTED HOME CIRCLE. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Charles R. Brown against the Protected Home Circle.
PER CURIAM. Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the nonsuit was improperly granted, that the evidence presented questions of fact which should have been submitted to the jury as to payment and acceptance by defendant of dues after the expiration of the payment period, and defendant's waiver of the forfeiture and reinstatement clauses of the certificate.
KRUSE, P. J., and FOOTE, J., dissent.

In re BUCHLER. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of William P. Buchler, an attorney. No opinion. Motion granted. Settle order on notice. See, also, 155 App. Div. 246, 140 N. Y. Supp. 324.

BURKE, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by Albert Burke against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. B. W. Moore, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BUTLER et al., Appellants, v. ROBINSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Marvin F. Butler and others against Seth B. Robinson, individually, etc., impleaded. W. C. Prime, of New York City, for appellants. E. S. Clinch, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CAFÉ GOLDMAN, Respondent, v. MARGULES, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by the Café Goldman against Abraham Margules. No opinion. Motion denied, on condition that defendant perfect the appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

CAHILL, Respondent, v. BABCOCK & WILCOX CO., Appellant. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by Dennis P. Cahill against the Babcock & Wilcox Company. E. C. Sherwood, of New York City, for appellant. S. B. Stiles, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CAHN, Respondent, v. MORRIS et al., Appellants. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Ferdinand Cahn against Abram Morris and another. J. M. Herzberg, of New York City, for appellants. M. J. Cahn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CANDALA, Respondent, v. SCHENECTADY ORPHEUM THEATRE CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Anthony Candala against the Schenectady Orpheum Theatre Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the damages to $250, in which case the judgment, as so modified, and order, affirmed, without costs. The court dis-